JOHN B. VEST, APPELLANT, V. FARMERS COOPERATIVE ELE-
VATOR COMPANY ET AL., APPELLEES.

FILED APRIL 19, 1922. No. 22066.

**Case Followed.** The determination of this case is controlled by the
holding in *Vest v. Farmers Cooperative Elevator Co., ante,* p. 407.

APPEAL from the district court for Buffalo county:
BRUNO O. HOSTETLER, JUDGE. *Affirmed in part, and re-
versed in part.*

*W. D. Oldham, Fred A. Nye,* and *M. H. Worlock,* for ap-
pellant.

*John A. Miller, N. P. McDonald* and *J. M. Fitzgerald,
contra.*

Heard before MORRISSEY, C. J., DEAN, ALDRICH and DAY,
JJ.

MORRISSEY, C. J.

In all essentials the issues presented in this case are the
same as in (No. 22065) *Vest v. Farmers Cooperative Eleva-
tor Co., ante,* p. 407. On the trial in the court below it
was stipulated that the cases should be tried together and
submitted to the court, "but such evidence as is not com-
petent in one case and is competent in the other shall not
be considered by the court in the decision of the case in
which such evidence is not entitled to be admitted."

The evidence relating to the rights of the parties differs
on immaterial matters only and the court below entered a
similar judgment in each case. In the disposition of the
questions presented herein we adhere to the holdings an-
nounced in No. 22065. The judgment of the district court
is therefore affirmed as to the defendants Bargman and
Walter, but as to the defendant Farmers Cooperative Ele-
vator Company the judgment of the district court is set
aside and the cause remanded, with directions to the dis-
trict court to enter a judgment in accordance with the
opinion in No. 22065.

AFFIRMED IN PART AND REVERSED IN PART.